**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHAFIC FLETCHER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-3777** |
| | : | |
| **CITY OF PHILADELPHIA, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 23rd day of September, 2026, upon consideration of Plaintiff Shafic Fletcher's Motions to Proceed *In Forma Pauperis* (ECF No. 34, 36), and *pro se* Second Amended Complaint ("SAC") (ECF No. 33), it is **ORDERED** that:

1. The Motions for Leave to proceed *in forma pauperis* are **DENIED AS UNNECESSARY** because Fletcher is already proceeding *in forma pauperis*.

2. The Clerk of Court is **DIRECTED** to **ADD** the following Defendants to the caption: (a) Jane Doe, *Medical Staff*; and (b) John Doe.

3. The SAC is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons discussed in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

***/s/ John M. Gallagher***

**JOHN M. GALLAGHER, J.**